# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PATRICK A. CARLONE,    Case No. 19-CV-2118 (MJD/SER)

    Plaintiff,

v.    **ORDER**

CITY OF ST. PAUL and STEVEN HENG,

    Defendants.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Steven E. Rau dated August 23, 2019 [Doc. No. 7] recommending that this matter be dismissed without prejudice and that his motions to proceed *in forma* paueris and for injunctive relief be denied.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Patrick A. Carlone [ECF No. 4] is DENIED.

3. Carlone's motion for an injunction [ECF No. 3] is DENIED.

**SO ORDERED.**

Dated: September 18, 2019

s/ Michael J. Davis
Michael J. Davis
United States District Court